IN THE UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE:  Lester Russell, DEBTOR

CASE NO. 5:11-bk-72742
CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

COMES NOW the above named Debtor(s), and for their modification to the original or modified Chapter 13 plan states:

1. **Payment to the Trustee:**

    The Debtor proposes to pay $737.77 PER MONTH TO THE TRUSTEE.

    Indicate how often the Debtor is paid by checking the appropriate box below:
    ___ weekly         ___ semi-monthly      ___ other: _____
    ___ bi-weekly      ___ monthly

2. **The Plan Length:**

    Increase plan length to _____ months.

    Decrease plan length to _____ months.

- A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.

4. **Modified Treatment of Existing Creditors:**

    The following **changes** are to be made to each creditor as set out below:

| Creditor Name | Change in Treatment/Classification |
|---|---|
| (1) US Bank | Creditor is to be paid its regular monthly mortgage payment in the amount of $572.92 through the plan . Creditor is also to receive its arrearage claim of $2449.81, payable at the monthly rate of $40.83. |
| (2) | |
| (3)_____ | _____ |

(4)_____       _____
(5)_____       _____

5. **Addition of Secured Creditors to the Plan:**
   Secured creditors who will retain their liens and be paid the value of their collateral of the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

   ** Please indicate any debts which will extend beyond the length of the plan. Such debts <u>MUST</u> have a "monthly payment" proposed. Also, if the debt is in default, you <u>must provide separately</u> for such default.

   | Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int rate * Pd by Plan | Monthly Payment |
   |---|---|---|---|---|---|
   | (1) _____ | _____ | ____ | _____ | _____ | _____ |
   | (2) _____ | _____ | ____ | _____ | _____ | _____ |
   | (3) _____ | _____ | ____ | _____ | _____ | _____ |
   | (4) _____ | _____ | ____ | _____ | _____ | _____ |

   *If this space is blank, no interest is to be paid.

6. **Addition of Priority Creditors to the Plan:** Such as taxes or wages.
   The following creditors are added to the plan and shall be paid as follows:

   | Creditor Name/Address | Per month, if any | Total Debt |
   |---|---|---|
   | (1) _____ | _____ | _____ |
   | (2) _____ | _____ | _____ |
   | (3) _____ | _____ | _____ |
   | (4) _____ | _____ | _____ |

7. **Addition of Unsecured Creditors to the Plan:**
   The following unsecured creditors are added to the plan. Each creditor must be classified as a "PRE" or "POST" petition creditor and shall be paid as follows:

   **PRE-PETITION** Unsecured creditors shall be paid a pro-rata dividend.

   **POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

   | Creditor Name/Address | Classification | Total Debt |
   |---|---|---|
   | (1) | | |
   | (2)_____ | _____ | _____ |
   | (3)_____ | _____ | _____ |

(4)_____   _____   _____

8. **Unsecured Creditors** shall be paid at least as much as they would receive under a Chapter 7.

9. **All other provisions remain unchanged except as provided for in addendum.**

\_\_\_ See attached addendum

Date:  October 14, 2011                                  /s/ Emily J. Henson
                                                         Attorney for Debtor
                                                         PO Box 824
                                                         Springdale, AR 72765-0824
                                                         (479) 361-8770
                                                         Fax:  (888) 804-8367

IN THE UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE: Lester Russell, DEBTOR

CASE NO. 5:11-bk-72742
CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned Debtor(s) has/have filed the attached modified plan pursuant to 11 U.S.C. §1323 and Rule 3015 of the Rules of Bankruptcy Procedure. Objections to confirmation of the modified plan must be filed with the Bankruptcy Court at 35 E. Mountain Street, Room 316, Fayetteville, AR 72701, in writing within 28 days from the date of this notice, with copies to the attorney for Debtor(s) and to the Standing Chapter 13 Trustee, Joyce Bradley Babin, at P.O. Box 8064, Little Rock, AR 72203.

If objections to confirmation of the modified plan are filed, they will be set by hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

RESPECTFULLY SUBMITTED,

Lester Russell

Date: October 14, 2011

/s/ Emily J. Henson
Emily J. Henson, AR#2006124
PO Box 824
Springdale, AR 72765-0824
(479) 361-8770
Fax: (888) 804-8367

CERTIFICATE OF MAILING

  I, the abovesigned, hereby certify that copies of the foregoing notice and attached Modified Chapter 13 Plan have been mailed to or electronically delivered to:

| | |
|---|---|
| Chapter 13 Trustee<br>Joyce Bradley Babin, Trustee<br>P.O. Box 8064<br>Little Rock, AR 72203 | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept. of Finance & Administration<br>Legal Division<br>P.O. Box 3628<br>Little Rock, AR 72203 | U.S. Attorney Western District<br>P.O. Box 1524<br>Fort Smith, AR 72902 |
| Employment Security Division<br>Legal Division<br>P.O. Box 2981<br>Little Rock, AR 72203 | U.S. Attorney, Eastern District<br>P.O. Box 122<br>Little Rock, AR 72203 |

and to all of the creditors whose name and addresses are set forth on the following page(s):

| | | |
|---|---|---|
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | AT & T Mobility/ Cingular<br>PO Box 650553<br>Dallas, TX 75265-0553 |
| Belk<br>PO Box 960012<br>Orlando, FL 32896-0012 | Care Credit<br>GE Money Bank<br>P.O BOX 960061<br>Orlando, FL 32896 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Citibank<br>PO Box 6003<br>Hagerstown, MD 21747-6003 | Furniture Factory / GE Money B<br>PO Box 981439<br>El Paso, TX 79998 | Genpact Services<br>PO Box 1969<br>Southgate, MI 48195-0969 |
| HSBC Best Buy<br>Po Box 5238<br>Carol Stream, IL 60197 | IC System<br>PO Box 64887<br>Saint Paul, MN 55164-0887 | Kaplan Management<br>6363 Woodway Suite 300<br>Houston, TX 77057 |
| Kohls<br>PO Box 3004<br>Milwaukee, WI 53201-3004 | Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Macy's<br>PO Box 689195<br>Des Moines, IA 50368 |
| Old Navy<br>PO Box 103065<br>Roswell, GA 30076 | Sams<br>P.O. Box 105980<br>Atlanta, GA 30353 | Sears<br>PO Box 183081<br>Columbus, OH 43218 |
| The Home Depot<br>PO Box 6028<br>The Lakes, NV 88901-6028 | US Bank Mortgage<br>PO Box 790415<br>Saint Louis, MO 63179 | Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 |